United States District Court

Eastern District of California

James Whittenberg,

    Plaintiff,               No. Civ. S 04-2225 GEB PAN P

  vs.                              Order

V. Bortolamedi, et al.,

    Defendants.

-oOo-

Plaintiff is a state prisoner without counsel seeking to commence a civil rights action.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff requests leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Plaintiff is required to pay the statutory filing fee of $150 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1).  Plaintiff is obligated for

monthly payments of 20 percent of the preceding month's income credited to plaintiff's prison trust account.  These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

The complaint states cognizable claims for relief against defendants Bortolamedi, Yelton, Brown, Largent and Johnson pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

Accordingly, the court hereby orders that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $150 for this action.  The fee shall be collected in accordance with this court's notice to the Director of the California Department of Corrections filed concurrently herewith.

3. Service is appropriate for defendants Bortolamedi, Yelton, Brown, Largent and Johnson.

4. The Clerk of the Court shall send plaintiff five USM-285 forms, one summons, an instruction sheet and one copy of the October 20, 2004, pleading.

5. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and six copies of the October 20, 2004, pleading.

6. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendants Bortolamedi,

2

1 Yelton, Brown, Largent and Johnson pursuant to Federal Rule of
2 Civil Procedure 4 without payment of costs.
3     Dated:  January 5, 2006.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge

United States District Court

Eastern District of California

| | | |
|---|---|---|
| James Whittenberg, | | |
| | Plaintiff, | No. Civ. S 04-2225 GEB PAN P |
| vs. | | Notice of Submission of Documents |
| V. Bortolamedi, et al., | | |
| | Defendants. | |

-oOo-

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

\_\_\_\_ completed summons form

\_\_\_\_ completed forms USM-285

\_\_\_\_ copies of the _____
                          Complaint

Dated: _____

_____
Plaintiff