IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES WHITTENBERG,**<br><br>                              Plaintiff,<br><br>v.<br><br>**V. BORTOLAMEDI, ET AL. ,**<br><br>                              Defendants. | CASE NO. 2:04-CV-2225 GEB PAN P<br><br>**ORDER RE DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Defendants' First Request for an Extension of Time to file their responses to plaintiff's Complaint was considered by this Court, and good cause appearing.

IT IS HEREBY ORDERED that defendants have 30 days from the date of service of this order to file their responses to the complaint.

Dated: April 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; whit2225.eot

[Proposed Order] re Defendant's First Request for Extension of Time to Respond to Plaintiff's Complaint

1