IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES WHITTENBERG,

    Plaintiff,   No. CIV S-04-2225 GEB PAN P

  vs.

V. BORTOLAMEDI, et al.,

    Defendants.   <u>ORDER</u>
_____/

        On April 10, 2006, defendants Bortolamedi, Johnson and Yelton filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b).[1]  Plaintiff has not opposed the motion.

        Local Rule 78-230(m) provides in part:  "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  On February 1, 2006, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

        Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the

---

[1] Pursuant to this court's April 19, 2006 order, defendants Brown and Largent have until May 19, 2006 to file and serve a response to plaintiff's complaint.

1

1 inherent power of the Court." In the order filed February 1, 2006, plaintiff was advised that
2 failure to comply with the Local Rules may result in a recommendation that the action be
3 dismissed.
4     Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the
5 date of this order, plaintiff shall file an opposition, if any he has, to the motion to dismiss or a
6 statement of non-opposition. Failure to comply with this order will result in a recommendation
7 that plaintiff's claims against defendants Bortolamedi, Johnson and Yelton be dismissed pursuant
8 Federal Rule of Civil Procedure 41(b).
9 DATED: May 17, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

13 whit2225.46osc