1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   **JAMES WHITTENBERG,**                           CASE NO. 2:04-CV-2225 GEB
                                                     PAN P
12                                    Plaintiff,
                                                     **ORDER RE DEFENDANTS'**
13         v.                                        **SECOND REQUEST FOR**
                                                     **EXTENSION OF TIME TO**
14   **V. BORTOLAMEDI, ET AL. ,**                    **RESPOND TO COMPLAINT**

15                                    Defendants.

16

17         Defendants' Second Request for an Extension of Time to file their responses to

18   plaintiff's Complaint was considered by this Court, and good cause appearing.

19         IT IS HEREBY ORDERED that defendants Largent and Brown have 30 days from the

20   date of service of this order to file their responses to the complaint.

21   Dated: May 23, 2006.

22

23   _____
     UNITED STATES MAGISTRATE JUDGE
24

25   /whit2225.ext2

26

27

28

          [Proposed Order] re Defendant's Request for Extension of Time to Respond to Plaintiff's Complaint

                                              1