IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES WHITTENBERG,

    Plaintiff,                  No. CIV S-04-2225 GEB PAN P

    vs.

V. BORTOLAMEDI, et al.,

    Defendants.           ORDER

_____/

        Plaintiff has filed two requests for an extension of time to file and serve an opposition to defendants' April 10, 2006 motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 20, 2006 and July 18, 2006 requests for extension of time are granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve and serve an opposition to defendants' April 10, 2006 motion to dismiss.  Defendants' reply, if any, shall be filed seven days thereafter.

DATED: July 26, 2006.

                                            /s/ John F. Moulds
                                            UNITED STATES MAGISTRATE JUDGE

12/mp;whit2225.36