IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES WHITTENBERG,

        Plaintiff,                      No. CIV S-04-2225 GEB PAN P

   vs.

V. BORTOLAMEDI, et al.,

        Defendants.            ORDER

_____/

        Plaintiff has requested a second extension of time to file and serve an opposition to defendants' April 10, 2006 motion to dismiss. Good cause appearing, plaintiff's request for an extension of time will be granted. Plaintiff also requests an extension of the deadline for completion of discovery set in the court's July 28, 2006 scheduling order. Plaintiff has failed to make a showing sufficient to grant his request, in that he fails to specify the discovery he seeks and why he requires additional time to obtain it. Accordingly, plaintiff's request to extend the discovery deadline will be denied.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 23, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and

1 serve an opposition to defendants' April 10, 2006 motion to dismiss.  Defendants' reply, if any,
2 shall be filed seven days thereafter.
3             3.   Plaintiff's August 23, 2006 request for an extension of the discovery deadline
4 is denied.
5 DATED: September 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

14/mp
whit2225.36(2)