1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES WHITTENBERG,

       Plaintiff,                        No. CIV S-04-2225 GEB EFB P

       vs.

V. BORTOLAMEDI, et al.,

       Defendants.                <u>ORDER</u>

_____/

       Plaintiff has filed a document entitled "response to interrogatories and request for production of documents." Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

       Accordingly, IT IS HEREBY ORDERED that plaintiff's October 30, 2006 response to interrogatories and request for production of documents will be placed in the court file and disregarded. Plaintiff is cautioned that further filing of discovery requests or responses,

////

1  except as required by rule of court, may result in an order of sanctions, including, but not limited
2  to, a recommendation that this action be dismissed.
3  DATED: November 15, 2006.
4
5                                           _____
6                                           EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26