IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WHITTENBERG,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>V. BORTOLAMEDI, ET AL. ,<br><br>　　　　　　　Defendants. | CASE NO. 2:04-CV-2225 GEB EFB P<br><br>**ORDER RE DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE AND SERVE MOTION FOR SUMMARY JUDGMENT** |

　　　Defendants' First Request for an Extension of Time to file and serve their motion for summary judgment is granted.

　　　IT IS HEREBY ORDERED that defendants have until January 8, 2007 to file and serve their motion for summary judgment.

Dated:  December 18, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE