IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES WHITTENBERG,**<br><br>                              Plaintiff,<br><br>v.<br><br>**V. BORTOLAMEDI, ET AL. ,**<br><br>                              Defendants. | CASE NO. 2:04-CV-2225 GEB EFB P<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO FILE AND SERVE MOTION FOR SUMMARY JUDGMENT** |

   Defendants request an extension of time to file and serve a motion for summary judgment in this matter until 45 days after the Court rules upon Defendants' motion to dismiss.  The deadline for filing dispositive motions currently is January 8, 2006.  However, the pleadings in this matter are still unsettled.  Defendants Bortolamedi, Yelton, and Johnson filed a motion to dismiss the complaint on April 10, 2006.  That motion has not been ruled upon by the Court.

   Good cause appearing, IT IS HEREBY ORDERED that:

   1. The deadline for making dispositive motions is extended until 45 days after the court rules on the motion to dismiss.

   2. Defendants are granted a thirty-day extension of time, from the date this order is served, in which to file and serve a motion for summary judgment.

Dated:   January 9, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE