IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES WHITTENBERG,

    Plaintiff,                        No. CIV S-04-2225 GEB EFB P

    vs.

V. BORTOLAMEDI, et al.,

    Defendants.                   <u>ORDER</u>

_____/

      Plaintiff is a state prisoner prosecuting this civil rights action without counsel.  Pursuant to the July 28, 2006, schedule, plaintiff's pretrial statement is due March 9, 2007, defendants' pretrial statement is due March 23, 2007, pretrial conference is set for March 30, 2007, and trial is set for June 19, 2007.  Since defendants' motion for summary judgment is pending, the above dates are vacated.  *See* Fed. R. Civ. P. 16(b).

      Plaintiff has filed a request for an extension of time in which to file objections to the court's findings and recommendations and to file an opposition to defendants' motions to dismiss and for summary judgment.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The dates set forth in the July 28, 2006, schedule are vacated.

      2. Plaintiff's March 2, 2007, request for an extension of time is granted.

1       3.  Plaintiff is granted an additional 30 days from the date this order is served in which to
2  file objections to the court's findings and recommendations and to file an opposition to
3  defendants' motions to dismiss and for summary judgment
4      So ordered.
5  Dated: March 14, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE