IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES WHITTENBERG,

    Plaintiff,     No. CIV S-04-2225 GEB EFB P

  vs.

V. BORTOLAMEDI, et al.,

    Defendants.     ORDER

_____/

    Plaintiff is a prisoner without counsel suing under 42 U.S.C. § 1983. He requests an extension of time to respond to defendants' February 8, 2007, motion to dismiss and motion for summary judgment, and to file and serve his objections to the February 15, 2007, findings and recommendations. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's March 2, 2007, request is granted and plaintiff has 30 days from the date this order is served to respond to defendants' February 8, 2007, motions and to file and serve his objections to the February 15, 2007 findings and recommendations.

    So ordered.

Dated: March 27, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE