IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES WHITTENBERG,

     Plaintiff,                         No. CIV S-04-2225 GEB EFB P

     vs.

V. BORTOLAMEDI, et al.,

     Defendants.                   ORDER

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* § 1983. Plaintiff has requested a second extension of time to respond to defendants' February 8, 2007, motion to dismiss and motion for summary judgment, and to file and serve objections to the February 15, 2007, findings and recommendations. *See* Fed. R. Civ. P. 6(b).

        Plaintiff's April 24, 2007, request is granted and plaintiff has 20 days from the date this order is served to respond to defendants' February 8, 2007, motions and to file and serve his objections to the February 15, 2007, findings and recommendations. The court does not intend to grant additional requests for extensions of time.

        So ordered.

Dated: May 23, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE