IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES WHITTENBERG,

    Plaintiff,                         No. CIV S-04-2225 GEB EFB P

vs.

V. BORTOLAMEDI, et al.,

    Defendants.                  <u>ORDER</u>

         Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Plaintiff has requested a third extension of time to respond to defendants' February 8, 2007, motion to dismiss and motion for summary judgment, and to file and serve objections to the February 15, 2007, findings and recommendations. *See* Fed. R. Civ. P. 6(b). The court's May 24, 2007, order granting plaintiff's second request for extension of time cautioned plaintiff that the court did not intend to grant any further extensions of time.

         Plaintiff's June 20, 2007 request is granted and plaintiff has 30 days from the date this order is served to respond to defendants' February 8, 2007, motions and to file and serve objections to the February 15, 2007, findings and recommendations. No further extensions of time will be granted.

DATED: June 28, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE